NO. 07-06-0166-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



AUGUST 2, 2006


 ______________________________



THE SPOOL TRUSTS, ET AL., APPELLANTS



V.



BONNE RHEA CRAIG, JOSEPH ROBERT MCCART,


AND RAY A. SNEAD, TRUSTEES OF THE SPOOL TRUSTS, APPELLEES


_________________________________



FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;



NO. 57,079-A; HONORABLE HAL MINER, JUDGE


_______________________________




Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION


 On July 21, 2006, the appellants filed an Unopposed Motion to Dismiss Appeal. No
decision of this Court having been delivered to date, we grant the motion. Accordingly, the
appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue
forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring
the same. 



 James T. Campbell

 Justice



publish.